387 A.2d 106

Commonwealth v. Fletcher, Appellant.

Argued December 6, 1977. Seymore H. Johnson, Jr., for appellant; D. Loeb, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.